1 Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
2 10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
3 T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
4 Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | | |
|---|---|---|
| TODD HART, | ) | **Case No.: 2:09-cv-00133-MCE-GGH** |
| | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, TODD HART, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: February 20, 2009        KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee

                              Ryan Lee
                              Attorney for Plaintiff